```
                                                          FILED
                                                      CHARLOTTE, NC

                                                        OCT 16 2017
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                  CHARLOTTE DIVISION                  US District Court
                                                    Western District of NC
```

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case No. 3:17-mj-327 |
| THE CELLULAR DEVICE ASSIGNED ) | |
| CALL NUMBER (919) 931-7982 ) | **UNDER SEAL** |
| FOR LOCATION DATA ) | |

### ORDER AUTHORIZING DELAYED NOTIFICATION OF A SEARCH WARRANT FOR LOCATION DATA OBTAINED PURSUANT FED. R. CRIM. PROC. 41

Upon the Application of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and full consideration having been given to the matter,

IT IS ORDERED that, in accordance with 18 U.S.C. § 3103a(b) and Fed. R. Crim. P. 41(f)(3), notification of the execution of a search warrant authorizing a search of location data for the cellular device assigned call number (919) 931-7982, be delayed for a period not to exceed ninety (90) days from October 16, 2017, because there is reasonable cause to believe that providing immediate notification would seriously jeopardize an ongoing criminal investigation. Such period of delay may thereafter be extended by the court for good cause shown.

IT IS FURTHER ORDERED that the Application and this Order shall be placed under SEAL until further order of this Court.

The Clerk's Office is directed to provide a copy of this Order to the U.S. Attorney.

This the 16th day of October, 2017.

```
                              _____
                              DAVID C. KESSLER
                              UNITED STATES MAGISTRATE JUDGE
```

1